*J. Naylor*, for the appellants.

---

## CONNER v. THE STATE.

The record on appeal, in a criminal case, tried on indictment, will not sustain a conviction, unless it show, independently of the recitals in the indictment, that the grand jury were regularly empanneled, and that they filed the indictment.

Simpsons's Adm'r *v.* Potter.

APPEAL from the *Grant* Circuit Court.

*Per' Curiam.*—The record does not show that the grand jury, by whom the indictment was found, were regularly empanneled, nor that they filed the indictment. A legal indictment is therefore not shown.

The judgment is reversed. Cause remanded, &c.

*N. W. Gorden, H. D. Thompson* and *W. R. Pierce,* for the appellant.